| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark S. Adams (Bar No. 68300) 150 South Barrington Avenue Suite 100<br>Los Angeles, California 90049<br>Telephone (310) 471-8181<br>Facsimile (310) 471-8180<br><br>☒ *Attorney for:* Interested Party California Receivership Group, | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Judith Lynn Shea | CASE NO.: 2:12-bk-43451-vp |
| | CHAPTER: 13 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☒ Other: Notice of Ruling          Date Filed: 10/31/2012

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          October 31, 2012
Signature of Authorized Signatory of Filing Party          Date

Brandon Nguyen
Printed Name of Authorized Signatory of Filing Party

Legal Assistant
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          October 31, 2012
Signature of Attorney for Filing Party          Date

Mark S. Adams
Printed Name of Attorney for Filing Party

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

MARK S. ADAMS, SB#68300
ANDREW F. ADAMS, SB# 275109
CALIFORNIA RECEIVERSHIP
GROUP, LLC
150 S. Barrington Ave. St. 100
Los Angeles CA  90049
(310)471-8181
Fax (310)471-8181
madams@calreceivers.com
Court-Appointed Receiver

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re Judith Lynn Shea,<br><br>Debtor | Case No: 2:12-BK-43451-VP<br><br>**NOTICE OF RULING**<br><br>Hearing Date: October 30, 2012<br>Time:        9:30 a.m.<br>Room:        1368 |

TO JUDITH LYNN SHEA AND HER ATTORNEY OF RECORD AND PARTIES

NAMED ON THE ATTACHED PROOF OF SERVICE:

Debtor's Motion for an Order Imposing a Stay or Continuing the Automatic Stay ("Motion")

came on for hearing as calendared above. The Court noted that it had received and read the

Receiver's Response to Debtor's Motion and continued the hearing to November 13, 2012 at 10

a.m. in Room 1368 to provide Debtor's counsel an opportunity to respond to the Receiver's

points and authorities.  In response to an inquiry by the undersigned, the Court stated that its

Order dated September 25, 2012, preliminarily signed before the Court was made aware that the

Receiver had not been served with either the bankruptcy petition or the instant motion,  had no

1  force or effect and that the Court would enter a new ruling based on its further consideration of

2  the respective positions of Debtor, the Receiver and the City of Glendale at or after the

3  November 13, 2012 hearing.

4

5  Respectfully Submitted,

6

7

8  Mark Adams, Receiver

9

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

RIV #4817-8032-8449 v1

**PROOF OF SERVICE**

F.R.C.P. 5 / C.C.P. 1013a (3)/ Rules of Court, Rule 2060

      I am a resident of, or employed in the County of Los Angeles, State of California.  I am over the age of 18 years old and not a party to the within action.  My business address is 150 S. Barrington Avenue, Suite 100, California 90049.

      On **October 30, 2012**, I served the following listed document(s), by method indicated below, on the parties in this action: **Notice of Ruling**

**\*\*\*SEE ATTACHED SERVICE LIST\*\*\***

**X    BY U.S. MAIL**
By placing ☐ the original / X a true copy thereof enclosed in a sealed envelope(s), with postage prepaid, addressed as per the attached service list, for collection and mailings at the City of Burbank in Burbank, California following ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of the document for mailing.  Under that practice, the document is deposited with the United States Postal Service on the same day in the ordinary course of business.  I am aware that upon motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in this affidavit.

☐    **BY ELECTONIC SERVICE**
**(via electronic filing service provider)**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com pursuant to the Court's _____ _____ Order mandating electronic service.  *See* Cal.R.Ct.R. 2053, 2055, 2060.  The transmission was reported as complete and without error.

☐    **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to received documents.

☐    **BY ELECTRONIC SERVICE**
**(to individual person)**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list.  The transmission was reported as complete and without error. *See* Rules of Court, rule 2060.

☐    **BY PERSONAL SERVICE**
   ☐By personally delivering the document(s) listed above to the offices at the addressee(s) as shown on the attached service list.
   ☐By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally deliver the envelope(s) to the offices at the address(es) set forth on the attached service list. The signed proof of service by the registered process server is attached.

**BY FACSIMILE**
By transmitting the document(s) listed above from Mark Adams, Esq., facsimile (310) 471-8181to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made pursuant to agreement of the parties, confirmed in writing.

X    STATE    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    FEDERAL    I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Brandon Nguyen
Type or Print Name

_____
Signature

-1-
**PROOF OF SERVICE**

1

2

**SERVICE LIST**

[Judith L. Shea Case No. 2:12-BK-43451-VP]

3

**Attorneys for City of Glendale**

4

Dean J. Pucci, Esq.

Kathya M. Oliva, Esq.

5

JONES & MAYER

3777 N. Harbor Blvd.

6

Fullerton, CA 92835

Telephone: (714) 446-1400

7

Facsimile: (714) 446-1448

Email: djp@jones-mayer.com

8

Email: kmo@jones-mayer.com

9

**Attorney for Debtor**

10

William H. Brownstein

WILLIAM H. BROWNSTEIN & ASSOCIATES,

11

PROFESSIONAL CORPORATION

1250 Sixth Street, Suite 205

12

Santa Monica, CA 90401

Telephone: (310) 458-0048

13

Facsimile: (310) 576-3581

14

Email: brownsteinlaw.bill@gmail.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**PROOF OF SERVICE**